**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 24−32181

Brandon Oudone Wathanaphone, Chapter 7

Debtor(s).

---

## POSTCONVERSION ORDER CHAPTER 13 TO CHAPTER 7

---

This case was converted from a chapter 13 case to a chapter 7 case on 9/3/26. Accordingly, under Fed. R. Bankr. P. 1019(e),

**IT IS ORDERED:**

1. Within **14 days** after conversion, file a schedule of unpaid debts incurred after the petition was filed but before conversion and include the name and address of each claim holder, substantially conforming to the *Schedule of Unpaid Postpetition, Preconversion Debts* form available on the court's website.

2. The debtor(s) must ensure that each holder of a postpetition, preconversion claim is added to the creditor matrix and mailing list using the instructions provided by the clerk and available on the court's website.

3. The deadline to request payment of an administrative expense under 11 U.S.C. § 503 is **60 days** after conversion.

4. Within **14 days** after conversion, the debtor must file a completed Local Form 4004−1. *See* Local Rule 4004−1(a).

5. Within **30 days** after conversion, the trustee in the chapter 13 case must file and send to the United States trustee a final report and account.

6. Notice must be given as follows:

    a. The clerk must provide notice of this order to debtor(s), the attorney for the debtor(s), the trustee in the chapter 13 case, the trustee in the chapter 7 case, the United States trustee, and the entities listed on the creditor matrix and mailing list.

    b. The debtor(s) must provide notice of this order and a copy of the meeting of creditors notice issued by the clerk upon case conversion to any holder of a postpetition, preconversion claim identified on the Schedule of Unpaid Postpetition, Preconversion Debts. *See* Local Rule 2002−1.

Dated: 9/4/26

s/ William J Fisher
United States Bankruptcy Judge